**U.S. Department of Justice**

Executive Office for United States Attorneys

Personnel Staff

*Suite 8017, Bicentennial Building*
*600 E Street, NW*
*Washington, DC 20530*

*(202) 616-6800*
*FAX (202) 305-1430*

November 1, 2005

Mr. John Farley
Assistant United States Attorney
District of New Hampshire
55 Pleasant Street, Room 312
Concord, New Hampshire 03301

Dear Mr. Farley:

Pursuant to 28 U.S.C. § 515 and a request from your office, effective the date of this letter, your appointment as a Special Attorney is extended not to exceed October 31, 2006. You will continue to serve as a Special Attorney to the United States Attorney General in the District of Rhode Island.

This extension is subject to the terms and conditions of your original appointment under 28 U.S.C. § 515, dated November 1, 2004.

You must file a copy of this letter with the Clerk of the District Court to evidence this extension. Any questions concerning this extension should be addressed to the Executive Office for United States Attorneys at (202) 616-6800.

Sincerely,

Peter T. McSwain
Chief, Policy and Special Programs Division
Personnel Staff

cc: Robert D. McCallum, Jr., Acting Deputy Attorney General

Misc 76-0039

**U.S. Department of Justice**

United States Attorney
District of New Hampshire

Federal Building
55 Pleasant Street, 4th Floor
Concord, New Hampshire 03301

603/225-1552

November 8, 2005

David Dimarzio, Clerk
United States District Court
District of Rhode Island
Federal Building & Courthouse
1 Exchange Terrace
Providence, Rhode Island 02903

RE: Appointment as Special Attorney

Dear Sir:

As requested by the Executive Office for the United States Attorney, I am forwarding to you a copy of a letter regarding my appointment as Special Attorney for the District of Rhode Island.

Thank you for assistance.

Very truly yours,

THOMAS P. COLANTUONO
United States Attorney

By:
John J. Farley
Assistant U.S. Attorney

JJF:flg

Enclosure

cc: Lisa Dinerman, AUSA
District of Rhode Island

RECEIVED
NOV 10 2005
David A. DiMarzio, Clerk of Court