**U.S. Department of Justice**

Executive Office for United States Attorneys

Personnel Staff

*Suite 8017, Bicentennial Building*
*600 E Street, NW*
*Washington, DC 20530*

*(202) 616-6800*
*FAX (202) 305-1430*

December 8, 2005

RECEIVED
DEC 08 2005
Property of U.S. District Court
District of Rhode Island

Honorable Kevin J. O'Connor
United States Attorney
District of Connecticut
Post Office Box 1824
New Haven, Connecticut 06508

Dear Mr. O'Connor:

Pursuant to 28 U.S.C. § 515 and a request from your office, effective the date of this letter, your appointment as a Special Attorney is extended not to exceed December 7, 2006. You will continue to serve as a Special Attorney to the United States Attorney General in the District of Rhode Island.

This extension is subject to the terms and conditions of your original appointment under 28 U.S.C. § 515, dated December 9, 2004.

You must file a copy of this letter with the Clerk of the District Court to evidence this extension. Any questions concerning this extension should be addressed to the Executive Office for United States Attorneys at (202) 616-6800.

Sincerely,

Peter T. McSwain
Chief, Policy and Special Programs Division
Personnel Staff

cc: Paul McNulty, Acting Deputy Attorney General