**U.S. Department of Justice**

Executive Office for United States Attorneys

*Room 8017, Bicentennial Building (202) 616-6830*
*600 E Street, N..W. FAX (202) 616-2867*
*Washington, DC 20530*

RECEIVED
APR 13 2006
Property of U.S. District Court
District of Rhode Island

March 28, 2006

Mr. Arnold H. Huftalen
Assistant United States Attorney
District of New Hampshire
55 Pleasant Street, Room 352
Concord, New Hampshire 03301

Dear Mr. Huftalen:

You are hereby appointed as a Special Attorney to the United States Attorney General pursuant to 28 U.S.C. § 515. Subject to the terms and conditions set forth below and pursuant to 28 U.S.C. § 515, you are authorized to file informations and to conduct in the District of Rhode Island any kind of legal proceedings, civil or criminal, including Grand Jury proceedings and proceedings before United States Magistrates which United States Attorneys are authorized to conduct.

This appointment is made subject to the following terms and conditions, with which we ask that you express your concurrence by signing this letter and returning it to me in the enclosed envelope:

1. This appointment is effective the date of this letter not to exceed March 27, 2007, unless extended;

2. With regard to all matters handled by you as a Special Attorney, you will report to and act under the direction of the United States Attorney General or his delegee Thomas P. Colantuono;

3. During and after the term of your appointment, you will be subject to all laws, regulations and policies applicable to employees. These include, but are not limited to, the Standards of Ethical Conduct for Employees of the Executive Branch, 5 C.F.R. § 2635 et seq., Federal conflict of interest statutes 18 U.S.C. §§ 207, 208, and 209; laws restricting the disclosure of certain confidential governmental information, 18 U.S.C. § 1905 and the Freedom of Information and Privacy Acts, 5 U.S.C. § 552 and § 522a; and political activity restrictions, 5 U.S.C. § 7321 et seq.;

4. You will serve without compensation other than that which you now receive as an employee of the Department of Justice; and

5. Your appointment may be terminated at any time without cause or notice.

Please execute the enclosed Appointment Affidavit which contains the oaths of office and return it to Chad Lough, Human Resources Assistant, Policy and Special Programs Division within fourteen (14) days. This appointment is effective upon the execution of the required oath of office.

You must file a copy of this letter with the Clerk of the District Court to evidence this appointment.

Sincerely,

Paula Ehrenfeld
for Peter T. McSwain
Policy and Special Programs Division
Personnel Staff

Enclosure

The foregoing terms and conditions
are hereby agreed to and accepted:

Arnold H. Huftalen

cc: Paul McNulty, Deputy Attorney General